**Mrs. A.O. BARTON (Formerly Lillian Daigre Jumonville), Plaintiff-Appellant,**

v.

**John E. JUMONVILLE and Andrew J.S. Jumonville and John C.B. Jumonville, Provisional Co-Curators of the Estate of John E. Jumonville, Sr., Defendants-Appellees.**

No. 82–3160.

United States Court of Appeals, Fifth Circuit.

Feb. 28, 1983.

James L. Dendy, Sumpter B. Davis, III, Baton Rouge, La., for plaintiff-appellant.

Domengeaux & Wright, Bob F. Wright, Lafayette, La., William S. Strain, Baton Rouge, La., for defendants-appellees.

Before THORNBERRY, GEE and REAVLEY, Circuit Judges.

PER CURIAM:

The judgment is affirmed for the reasons given in the decision of the district court. *Barton v. Jumonville,* 528 F.Supp. 887 (M.D. La.1981).

AFFIRMED.